

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHARLES EDWARD LINCOLN AND DANIEL LOUIS SIMON, § § § PLAINTIFFS, § § V. § § § WILLIAMSON COUNTY, CITY OF GEORGETOWN, LUCAS C. WILSON, CITY OF LIBERTY HILL, JUDGE KATHLEEN RIEDEL, LIBERTY HILL MUNICIPAL COURT, ARTURO RAMIREZ, LIBERTY HILL PROSECUTOR, JANA DUTY, WILLIAMSON COUNTY ATTORNEY, COL. THOMAS A. DAVIS, JR., DIRECTOR, TEXAS DEPARTMENT OF PUBLIC SAFETY, MARY E. PETERS, U.S. SECRETARY OF DEPARTMENT OF TRANSPORTATION, AND U.S. MARSHALL LAFAYETTE COLLINS, U.S. MARSHAL FOR THE WESTERN DISTRICT OF TEXAS, DEFENDANTS. | CAUSE NO. A-07-CA-842-LY |

## SHOW CAUSE ORDER

Plaintiffs Lincoln and Simon filed the above-styled and numbered case on October 11, 2007 (Clerk's Document 1). Lincoln attempted to pay the filing fee by tendering a check in the amount of $350.00 to the Clerk of the United States District Court for the Western District of Texas. The check was returned to the Clerk's office marked "Not Sufficient Funds". On October 26, 2007 the Clerk sent Lincoln a letter by certified mail notifying him of the check's status (Clerk's Document 3). The Clerk requested a money order or cashier's check in the amount of $395.00 to cover the

filing fee and returned check fee. The Clerk specified that the Clerk's Office would refer the matter to the United States Attorney for further action if it did not hear from Lincoln by November 16, 2007. The certified letter was returned to the Clerk's office from the post office unclaimed after notices were left for Lincoln on October 30, 2007, November 5, 2007, and November 14, 2007 (Clerk's Document 4). Lincoln has not otherwise been in contact with the Court about this case, and the filing fee remains unpaid. Accordingly,

**IT IS ORDERED** that Plaintiffs tender a money order or cashier's check in the amount of $395.00 payable to the Clerk, U.S. District Court, **on or before December 7, 2007**, or otherwise show cause **in writing** why this case should not be dismissed for failure to pay the filing fee.

SIGNED this 26th day of November, 2007.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

2