**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

CHARLES EDWARD LINCOLN and § 
DANIEL LOUIS SIMON, §
    Plaintiffs, § Cause No. A-07-CA-842-LY
v. §
WILLIAMSON COUNTY et al., §
    Defendants. §

## RESPONSE TO ORDER TO SHOW CAUSE

This Court entered an Order to Show Cause why case should not be dismissed for failure to pay filing fees, returnable by December 7, 2007. This cause was conceived and drafted to be a COUNTERCLAIM in A-07-CA-699-LY, and should still be consolidated with that case. It was neither conceived of nor intended to be a separate cause. HOWEVER, Plaintiff Charles Edward Lincoln, III, would now show that Peyton Yates Freiman paid the filing fee and all associated fees on Friday, November 30, 2007, by cashier's check.

WHEREFORE, Plaintiff LINCOLN prays that the Court will deem the Order to Show Cause to have been fully discharged.

RESPECTFULLY SUBMITTED,

*[signature]*

CHARLES EDWARD LINCOLN
c/o PEYTON YATES FREIMAN
300 East Riverside Drive, Suite #132
Austin, Texas 78704
charles.e.lincoln@att.net

alt. address:
125A-1030 Denman Street, #342
Vancouver, British Columbia V6G 2M6
CANADA

*Plaintiff's Response to Order to Show Cause*          1

# EXHIBIT A:
# RECEIPTS FOR
# FILING FEE DATED
# NOVEMBER 30, 2007
# & December 3, 2007
# (meaning of double date unclear)

