IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 AUG 13 PM 4: 17
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| CHARLES EDWARD LINCOLN AND DANIEL LOUIS SIMON, § § § § PLAINTIFFS, § § V. § § WILLIAMSON COUNTY, CITY OF § GEORGETOWN, LUCAS C. WILSON, § CITY OF LIBERTY HILL, JUDGE § KATHLEEN RIEDEL, LIBERTY HILL § MUNICIPAL COURT, ARTURO § RAMIREZ, LIBERTY HILL § PROSECUTOR, JANA DUTY, § WILLIAMSON COUNTY ATTORNEY, § COL. THOMAS A. DAVIS, JR., § DIRECTOR, TEXAS DEPARTMENT OF § PUBLIC SAFETY, MARY E. PETERS, § U.S. SECRETARY OF DEPARTMENT § OF TRANSPORTATION, AND U.S. § MARSHALL LAFAYETTE COLLINS, § U.S. MARSHAL FOR THE WESTERN § DISTRICT OF TEXAS, § § DEFENDANTS. § § | CAUSE NO. A-07-CA-842-LY |

## ORDER DENYING RULE 59(E) MOTION TO ALTER OR AMEND

Before the Court is Plaintiffs' Rule 59(e) Motion to Amend or Alter Judgment filed August 12, 2009 (Clerk's Document 9). The Court dismissed this cause for want of prosecution and rendered a final judgment on July 30, 2009 (Clerk's Documents 7 & 8). Having reviewed Plaintiffs' pending motion and the record in this cause, the Court finds the motion lacks merit and will deny it.

**IT IS THEREFORE ORDERED** that Plaintiffs' Rule 59(e) Motion to Amend or Alter

Judgment (Clerk's Document 9) is **DENIED**.

SIGNED this _13th_ day of August, 2009.

                                                   LEE YEAKEL
                                                   UNITED STATES DISTRICT JUDGE